```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| **ALFRED DOTY,** | No. 15-cv-3016 (NLH) (JS) |
|       Plaintiff, | MEMORANDUM AND ORDER |
|   v. | |
| **UNITED STATES OF AMERICA, et al.,** | |
|       Defendants. | |

IT APPEARING THAT:

1. On June 29, 2017, the Court denied Defendants' Motion to Dismiss the Second Amended Complaint as to Plaintiff's claim brought pursuant to <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).  ECF Nos. 45 (opinion), 46 (order). Defendants moved for reconsideration on July 13, 2017, arguing that the Court should reconsider its decision in light of a U.S. Supreme Court opinion issued prior to this Court's ruling, <u>Ziglar v. Abbasi</u>, 137 S. Ct. 1843 (2017).  ECF No. 48-1. Plaintiff opposed this motion by brief dated August 7, 2017. ECF No. 54.  No reply was filed by Defendants.  The motion is now ripe for adjudication.

2. When the parties filed their briefs addressing the Motion for Reconsideration, scant case law existed interpreting and applying the impact of <u>Ziglar</u>.  In light of recent developments in that case law, the Court wishes to provide the

parties an opportunity to supplement their prior briefing as to the impact and application of Ziglar to the instant Motion.

IT IS therefore on this ___24th___ day of January, 2018,

ORDERED that Defendants have seven (7) days from the entry of this Order in which to submit a supplemental brief in support of their Motion for Reconsideration, ECF No. 48, limited to five pages; and it is finally

ORDERED that Plaintiff shall have seven (7) days from the entry of Defendants' supplemental brief in which to submit a supplemental opposition brief, limited to five pages.

                                                  s/ Noel L. Hillman
At Camden, New Jersey          NOEL L. HILLMAN, U.S.D.J.